UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

---

JOHN DOE, on behalf of himself and all others similarly situated,

    *Plaintiff*,

v.

TRULIEVE INC.,

    *Defendant.*

Case No. 4:24-cv-00391-AW-MJF

---

## PLAINTIFF'S CONSENT MOTION FOR AN ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS

Plaintiff John Doe, by and through his undersigned attorneys, and pursuant to N.D. Fla. Local Rule 6.1, moves this Court for entry of an order setting deadlines with respect to the filing and briefing of Defendant Trulieve, Inc.'s Motion to Dismiss Plaintiff's Class Action Complaint.

On November 4, 2024, Defendant filed its Motion to Dismiss Class Action Complaint and Incorporated Memorandum of Law. (ECF No. 6.) Under N.D. Fla. Local Rule 7.1(E), Plaintiff's memorandum in opposition to such a motion would be due on or prior to November 18, 2024. Plaintiff and Defendant have agreed to extend such deadline to **December 6, 2024**, and to set the deadline for any reply in support of the motion, should one be allowed by the Court, to 14 days following entry of the order granting leave to file a reply. Plaintiff will not oppose any request by

Defendant to file a reply. Plaintiff, with Defendant's consent, requests that the Court set this schedule.

Dated: November 13, 2024                              Respectfully submitted,

/s/ *Arturo Peña Miranda*
Arturo Peña Miranda
Jennifer Czeisler*
Edward Ciolko*
STERLINGTON, PLLC
One World Trade Center, 85th Floor
New York, New York 10007
Tel.:  929-709-1493
*arturo.pena@sterlingtonlaw.com*
*jen.czeisler@sterlingtonlaw.com*
*ed.ciolko@sterlingtonlaw.com*

Katherine M. Aizpuru (*pro hac vice*)
TYCKO & ZAVAREEI LLP
2000 Pennsylvania Avenue, NW
Suite 1010
Washington, D.C. 20006
Tel.:  202-973-0900
*kaizpuru@tzlegal.com*

*Counsel for Plaintiff*

**Pro Hac Vice* forthcoming