# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**JOHN DOE,**

    **Plaintiff,**

**v.**                                                      **Case No. 4:24-cv-391-AW-MAF**

**TRULIEVE INC.,**

    **Defendant.**

_____/

## ORDER GRANTING MOTION FOR EXTENSION

Plaintiff's unopposed motion for extension (ECF No. 8) is GRANTED. The deadline to respond to the motion to dismiss is extended to December 6, 2024. Defendant may file a reply 14 days after that.

SO ORDERED on November 14, 2024.

                                                          s/ *Allen Winsor*
                                                          United States District Judge