# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

Case No.: 4:24-cv-00391

JOHN DOE, on behalf of himself and all others similarly situated,

    *Plaintiff*,

v.

TRULIEVE INC.,

    *Defendant.*

_____/

## NOTICE OF APPEARANCE

Hannah E. Murphy, Esq. hereby gives notice of her appearance in this cause as co-counsel of record for Defendant, Trulieve, Inc., and designates the following email addresses for notice and service of filings and other papers in this proceeding:

Primary: hmurphy@stearnsweaver.com

Secondary: lrussell@stearnsweaver.com

DATED this 18th day of November, 2024.

    Respectfully submitted,
    By: /s/ *Hannah E. Murphy*
    GRACE L. MEAD
    Florida Bar No. 49896
    gmead@stearnsweaver.com
    ANDREA N. NATHAN
    Florida Bar No. 16816
    anathan@stearnsweaver.com

**HANNAH E. MURPHY**
**Florida Bar No. 1032759**
hmurphy@stearnsweaver.com
STEARNS WEAVER MILLER
WEISSLER ALHADEFF &
SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida  33130
Telephone: 305-789-3200
(305) 789-3200
Facsimile:  305-789-3395
(305) 789-3395

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was furnished to all counsel of record in CM/ECF.

*s/Hannah E. Murphy*
Filing Attorney