**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

Case No.: 4:24-cv-00391

JOHN DOE, on behalf of himself and all others similarly situated,

 *Plaintiff*,

v.

TRULIEVE INC.,

 *Defendant*.
_____/

### NOTICE OF APPEARANCE

Andrea N. Nathan, Esq. hereby gives notice of her appearance in this cause as co-counsel of record for Defendant, Trulieve, Inc., and designates the following email addresses for notice and service of filings and other papers in this proceeding:

Primary: anathan@stearnsweaver.com

Secondary: dangel@stearnsweaver.com

DATED this 18th day of November, 2024.

            Respectfully submitted,

           By: /s/ *Andrea N. Nathan*
             GRACE L. MEAD
             Florida Bar No. 49896
             gmead@stearnsweaver.com
             **ANDREA N. NATHAN**
             **Florida Bar No. 16816**
             anathan@stearnsweaver.com

2

        HANNAH E. MURPHY
        Florida Bar No. 1032759
        hmurphy@stearnsweaver.com
        STEARNS WEAVER MILLER P.A.
        Museum Tower, Suite 2200
        150 West Flagler Street
        Miami, Florida  33130
        Telephone: 305-789-3200
        Facsimile:  (305) 789-3395

        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was furnished to all counsel of record in CM/ECF.

        By:    *s/Andrea N. Nathan*
             ANDREA N. NATHAN