IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JOHN DOE,**

    **Plaintiff,**

v.                                              Case No. 4:24-cv-391-AW-MAF

**TRULIEVE INC.,**

    **Defendant.**

_____/

## ORDER DENYING WITHOUT PREJUDICE
## MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff's motion to file his declaration under seal (ECF No. 13) is DENIED without prejudice. Plaintiff may file the declaration with the name and signature—and any other facts that would identify Plaintiff—redacted. If Plaintiff contends additional facts in the declaration are pertinent and cannot be filed publicly, he may file a new motion detailing why that is so.

SO ORDERED on November 20, 2024.

                                                  s/ *Allen Winsor*
                                                  United States District Judge