# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**JOHN DOE,**

    **Plaintiff,**

**v.**                                                        Case No. 4:24-cv-391-AW-MAF

**TRULIEVE INC.,**

    **Defendant.**

_____/

## ORDER GRANTING MOTION REGARDING SCHEDULE

Plaintiff's unopposed motion regarding the schedule (ECF No. 17) is GRANTED. The deadline to file a class-certification motion is suspended. The parties will address it during their Rule 26(f) conference. By separate order to be issued later, the court will set a deadline for the parties' Rule 26(f) conference.

SO ORDERED on December 16, 2024.

                                                       s/ *Allen Winsor*
                                                       United States District Judge