**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**MARK ROBINSON,**

**Plaintiff,**

**v.** **Case No. 4:24-cv-391-AW-MJF**

**TRULIEVE INC.,**

**Defendant.**

_________________________________/

# ORDER REGARDING MOTION TO DISMISS

Trulieve moved to dismiss. ECF No. 23. It then filed an amended motion to dismiss, removing some embedded drafting comments. ECF No. 32; *see also* ECF No. 23 at 31. The changes are not substantive. Plaintiff must respond to the new motion to dismiss by the previously set deadline (March 10). *See* ECF No. 27. The clerk will terminate the earlier motion (ECF No. 23).

SO ORDERED on February 17, 2025.

s/ *Allen Winsor*
United States District Judge