**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | | |
|---|---|---|
| MARK ROBINSON, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>TRULIEVE INC.,<br><br>*Defendant.* | : | Case No. 4:24-cv-00391-AW-MJF |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT**

Arturo Peña Miranda
Bar No. 1025613
Jennifer Czeisler*
Edward Ciolko*
**STERLINGTON, PLLC**
228 Park Avenue South # 97956
New York, New York 10003
Tel.: 929-709-1493
*arturo.pena@sterlingtonlaw.com*
*jen.czeisler@sterlingtonlaw.com*
*edward.ciolko@sterlingtonlaw.com*

Katherine M. Aizpuru (*pro hac vice*)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Ave. NW, Ste. 1010
Washington, D.C. 20006
Tel.: 202-973-0900
*kaizpuru@tzlegal.com*

June 11, 2026

*****Pro Hac Vice* forthcoming

Plaintiff Mark Robinson respectfully submits the attached opinions of (1) the United States District Court for the Southern District of Florida in *Cobbs v. PetMed Express, Inc.*, No. 25-80458-CIV, 2026 WL 905375 (S.D. Fla. Jan. 14, 2026) (Ex. A), and (2) the United States District Court for the Middle District of Florida in *Conner v. CPAP Med. Supplies and Servs. Inc.*, No. 3:25-cv-945, 2026 WL 1506098 (May 29, 2026 M.D. Fla.) (Ex. B), in further support of Plaintiff's Opposition to Defendant's Motion to Dismiss Second Amended Complaint (Dkt. 53).

The district court's opinion in *Cobbs* is relevant to the issues of standing (Ex. A at 9-10 (citing *Perry v. Cable News Network, Inc.*, 854 F.3d 1336, 1339, 1341 (11th Cir. 2017)), the viability of Plaintiff's Florida Security of Communications Act claim (Ex. A at 11-12), and Plaintiff's reasonable expectation of privacy in the details of his medical marijuana use (Ex. A at 14). The district court's opinion in *Conner*, meanwhile, is relevant to the viability of Plaintiff's unjust enrichment claim (Ex. B. at 7 (citing *Resnick v. AvMed, Inc.*, 693 F.3d 1317, 1328 (11th Cir. 2012)).

Dated: June 11, 2026

Respectfully submitted,

/s/ Katherine M. Aizpuru
Katherine M. Aizpuru (*pro hac vice*)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue, NW
Suite 1010
Washington, D.C. 20006
Tel.: 202-973-0900

*kaizpuru@tzlegal.com*

Arturo Peña Miranda
Bar No. 1025613
Jennifer Czeisler*
Edward Ciolko*
**STERLINGTON, PLLC**
228 Park Avenue South # 97956
New York, New York 10003
Tel.: 929-709-1493
*arturo.pena@sterlingtonlaw.com*
*jen.czeisler@sterlingtonlaw.com*
*edward.ciolko@sterlingtonlaw.com*

*****_Pro Hac Vice_ forthcoming